UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THI PHUOC TRAN,

Petitioner,

v.

KEVIN RAYCRAFT et al.,

Respondents.

Case No. 1:26-cv-3284

Honorable Robert J. Jonker

**ORDER**

Petitioner is a citizen of Vietnam that has been subject to an Order of Removal since September of 2025. Petition, ECF No. 1, at PageID.1-2. An Immigration Judge denied Petitioner asylum, but did grant her request for withholding of removal to Vietnam. *Id.* at PageID.35. Both sides waived appeal. Id. at PageID.38. On April 27, 2026 Petitioner was released from custody under an Order to which government officials agreed. *Id.* at PageID.49. On November 16, 2026, government officials detained Petitioner again and reported they had arranged for her removal to Palau. *Id.* at PageID.2. She filed this habeas proceeding the next day, challenging her re-detention and hoping to stop an immigration removal process that appeared to be in progress.

This Court did not grant Petitioner emergency relief interrupting the removal process that appeared to be underway, but the Court did Order the government to file an expedited Response explaining the status of Petitioner's removal and the process leading up to it. ECF No. 4. The government filed a Motion to Dismiss providing the information the Court requested a day before the Court's deadline. ECF No. 6. The submission establishes that Petitioner's removal to Palau is complete and describes the appropriate steps the government took to arrange the removal to a third country and notify Petitioner of it. ECF No. 7.

Under these circumstances, there is nothing left for the Court to decide. The Court grants Respondents' Motion to Dismiss the Petition as moot. Petitioner's pending emergency motions are also dismissed as moot.

**IT IS SO ORDERED**.

Dated: November 21, 2026

/s/
Robert J. Jonker
United States District Judge